UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE PORTER,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant(s). | Case No.: 8:22-cv-00667-SVW-E<br><br>**ORDER RE STIPULATION TO DISMISS WITH PREJUDICE** |

### ORDER RE STIPULATION TO DISMISS WITH PREJUDICE

The Stipulation to Dismiss Plaintiff's individual claims with Prejudice is hereby Approved. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: July 28, 2022

By: _____

Stephen V. Wilson

United States District Judge